UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number:_____

CLARENCE Z. ISOM
(Write the full name of the plaintiff)

vs.

BIMBO BAKERIES USA, INC. and

TONY MILLER, a individual

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

I. **Party Information**

   A. Plaintiff: *CLARENCE Z. ISOM*

      Address: *401 SW 24TH AVENUE, FT. LAUDERDALE, FL 33309*

      *Year* of Birth: 1955 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

vs.

   B. Defendant: BIMBO BAKERIES USA, INC.      Defendant: TONY MILLER, an individual

      Official Position:_____        Official Position:   Regional Manager

      Place of Employment: 255 Business Center Dr   Place of Employment: 6783 NW 17th Avenue,

      Horsham, PA 19044                             Ft. Lauderdale, Fl 33309

   (Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not iclude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I filed charges with the EEOC on August 5, 2011. My Notice of Right to Suit is attached.

Failure to promte me, terminination, denied equal pay for work, general harassment. My race and age.

Was initially employed as a warehouse manager and was required to do the job of the assistant manager without being compensated in pay. Assistant was responsible for training less qualified applicant who where then promoted over me. Constant harassment and belittlement by the Regional Manager, Tony Miller. My work was sabaotaged and computer entries changed to look like I had done my job deficiently.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Judgment on my behalf and award damages, costs of litigation and attorney's fees

_____

_____

## IV. Jury Demand

Are you demanding a jury trial?   X Yes   ____ No

Signed this 4th day of March, ~~2013~~

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: _____

_____
Signature of Plaintiff

Respectfully submitted this 4th day of March, 2013.

_____
Lloyd H. Falk, Esq.
600 SW 4th Avenue
Ft. Lauderdale, FL 33315
(954)763-3231
FL Bar: 346306